*Catherine E. Teitell*, assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided December 4, 1996

### STATE OF CONNECTICUT *v.* JOHN J. MARTINELLI, JR.

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 901 (AC 14855), is denied.

*John R. Williams*, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided December 4, 1996

### JOSEPH T. VALECHKO *v.* CONNECTICUT LIGHT AND POWER COMPANY ET AL.

The petition by the defendant second injury fund for certification for appeal from the Appellate Court, 43 Conn. App. 902 (AC 15512), is denied.

*Yinixia Long*, assistant attorney general, in support of the petition.

*David C. Davis*, in opposition.

Decided December 4, 1996